IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-133-BO

KEITH WILLARD GREEN,           )
                               )
           Plaintiff,          )
                               )
v.                             )           O R D E R
                               )
AMTRAK,                        )
                               )
           Defendant.          )

This cause comes before the Court on plaintiff's failure to respond to the Court's previous order. On June 16, 2021, the Court directed plaintiff to show cause why the Court should not dismiss the cause within fourteen days. [DE 14]. Plaintiff has not responded.

Rule 41(b) of the Federal Rules of Civil Procedure authorizes the Court to dismiss an action with prejudice for failure to prosecute, as the power to do so "has generally been considered an 'inherent power,' governed not by rule or statute but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630–31 (1962). As plaintiff has failed to prosecute this action or demonstrate good cause for her failure to do so, plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE.

SO ORDERED, this ___11___ day of July, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE