UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| KEITH WILLARD GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 4:19-CV-133-BO |
| AMTRAK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiff Keith Willard Green's complaint is hereby DISMISSED WITHOUT PREJUDICE.

**This judgment filed and entered on July 12, 2021, and served on:**
Keith Willard Green (via US Mail to 4137 B Brookcreek Lane, Greenville NC 27858)

July 12, 2021

PETER A. MOORE, JR., CLERK

 /s/ Peter A. Moore, Jr.